# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC LONG,<br><br>Defendant. | 2:21-cr-00229-GMN-BNW<br><br>ORDER STAYING MAGISTRATE JUDGE'S ORDER GRANTING THE DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE PERMTTING THE USE OF MARIJUANA WHILE ON FEDERAL PRETRIAL RELEASE (Dkt.#18) |

## ORDER

The Court being fully advised and at the request of the United States for an Emergency Stay of the Magistrate Judge's September 27, 2021, order modifying Defendant's conditions of release to allow him to use marijuana for purported medical purposes and removing all conditions of drug testing (Docket #18),

**IT IS HEREBY ORDERED** that the United States' Emergency Motion to Stay Magistrate Judge's Order Granting the Defendant's Motion to Modify Conditions of Release is GRANTED for the United States to file an appeal of the Order to the District Court.

DATED this 28 day of September, 2021.

_____
CAM FERENBACH, US MAGISTRATE JUDGE