RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Eric Long

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00229-GMN-BNW |
| Plaintiff, | **MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL** |
| v. | |
| ERIC LONG, | |
| Defendant. | |

Undersigned counsel is filing a Reply in Support of Motion to Modify Conditions of Release. Exhibit C contains sensitive medical information. Defense counsel believes this information will assist the Court in evaluating the motion. Because Exhibit C contains private medical information, it should be filed under seal and remain under seal. Undersigned counsel will serve the sealed Exhibit C on the government via electronic mail.

**CONCLUSION**

For the foregoing reasons, undersigned counsel respectfully requests leave to file under seal Mr. Long's Exhibit C to his Reply in Support of Motion to Modify Conditions of Release, and requests that the Court maintain it under seal.

DATED this 13th of October, 2021.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/Joanne L. Diamond*
JOANNE L. DIAMOND
Assistant Federal Public Defender
Attorney for Eric Long

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  10-14-2021

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 13, 2021, she served an electronic copy of the above and foregoing **MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL** by electronic service (ECF) to the person named below:

> CHRISTOPHER CHIOU
> Acting United States Attorney
> K. NICHOLAS PORTZ
> Assistant United States Attorney
> 501 Las Vegas Blvd. South
> Suite 1100
> Las Vegas, NV 89101

*/s/ Felicia Darensbourg*
Employee of the Federal Public Defender