# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC LONG,<br><br>  Defendant. | Case No. 2:21-cr-00229-GMN-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that Mr. Long's conditions of release be temporarily modified to permit his Pretrial Services Officer to remove his GPS tracking device on February 15, 2022 and replace it on February 17, 2022.

IT IS HEREBY ORDERED that the hearing 10:00 AM, February 11, 2022, is VACATED.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  2-7-2022

3