RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Eric Long

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC LONG,<br><br>　　　　Defendant. | Case No. 2:21-cr-00229-GMN-BNW<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and K. Nicholas Portz, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Eric Long, that the Change of Plea Hearing currently scheduled on April 19, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty-five (35) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel will be out of the jurisdiction on April 19, 2022.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the change of plea hearing.

DATED this 29th day of March, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ Joanne L. Diamond*<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | */s/ K. Nicholas Portz*<br>By_____<br>K. NICHOLAS PORTZ<br>Special Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC LONG,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00229-GMN-BNW<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Tuesday, April 19, 2022 at 11:00 a.m., be vacated and continued to __May 25, 2022__ at the hour of 11:00 a.m.

　　DATED this _30_ day of _March_, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3