RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Eric Long

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ERIC LONG,<br><br>        Defendant. | Case No. 2:21-cr-00229-GMN-BNW<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |

      Eric Long respectfully moves the Court to modify his conditions of release to provide him an additional 90 days to satisfy outstanding warrants.

      On September 7, 2021, the Court ordered Mr. Long's release on a personal recognizance bond with certain conditions, including a requirement that he satisfy all outstanding warrants within a period to be specified by Pretrial Services. ECF No. 12 at 4. Mr. Long has misdemeanor warrants pending in Wisconsin. Pretrial Services gave him 90 days to satisfy these warrants.

      On November 23, 2021, the Court granted Mr. Long's unopposed motion to extend that deadline by another 90 days, through March 7, 2022. On March 4, 2022, the Court granted Mr. Long an additional 90 days to satisfy the warrants, through June 6, 2022. ECF No. 51.

1  Mr. Long is still in the process of trying to save money so he can retain a
2  Wisconsin attorney to handle these matters for him. Mr. Long is requesting
3  another 90 days, through September 5, 2022, to satisfy his outstanding
4  warrants.[1]
5  Counsel has spoken with Pretrial Services who indicated they have no
6  objection to the requested modification.
7  Counsel reached out to the government concerning this request. The
8  government does not oppose the requested modification.
9  DATED this 6th day of June, 2022.

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Joanne L. Diamond*
JOANNE L. DIAMOND
Assistant Federal Public Defender
Attorney for Eric Long

---

[1] 90 days from June 6, 2022, is September 4, 2022, a Sunday. September 5, 2022, is the next business day.

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ERIC LONG,<br><br>      Defendant. | Case No. 2:21-cr-00229-GMN-BNW<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that Mr. Long shall have through September 5, 2022, to satisfy his outstanding warrants.

    DATED: June 15, 2022.

                                          UNITED STATES MAGISTRATE JUDGE

3