RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Eric Long

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIC LONG,

Defendant.

Case No. 2:21-cr-00229-GMN-BNW

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Eric Long respectfully moves the Court to modify his conditions of release to temporarily remove his GPS ankle monitor so it does not interfere with his MRI scheduled for August 19, 2022.

On September 7, 2021, the Court ordered Mr. Long's release on a personal recognizance bond with certain conditions, including (1) home detention with GPS monitoring and (2) a travel restriction to Clark County, Nevada, with the exception that he can travel to California overnight once a month for medical purposes. ECF No. 12 at 4, 6.

Mr. Long is scheduled for an MRI in California on August 19, 2022. He cannot wear his ankle monitor during the MRI as it will interfere with the equipment.

Mr. Long requests that his conditions be temporarily modified to permit his Pretrial Services Officer to remove the GPS device on August 18, 2022 and replace it on August 22, 2022.

Counsel has spoken with Pretrial Services who indicated they have no objection to the requested modification.

Counsel reached out to the government concerning this request. Counsel for the government does not oppose the requested modification.

DATED August 16, 2022.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Joanne L. Diamond*
JOANNE L. DIAMOND
Assistant Federal Public Defender
Attorney for Eric Long

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIC LONG,

Defendant.

Case No. 2:21-cr-00229-GMN-BNW

**ORDER**

IT IS THEREFORE ORDERED that Mr. Long's conditions of release be temporarily modified to permit his Pretrial Services Officer to remove his GPS tracking device on August 18, 2022 and replace it on August 22, 2022.

DATED this 17th day of August 2022.

UNITED STATES MAGISTRATE JUDGE