RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Eric Long

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ERIC LONG,<br><br>          Defendant. | Case No. 2:21-cr-00229-GMN-BNW<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |

Eric Long respectfully moves the Court to modify his conditions of release to provide him an additional 90 days to satisfy outstanding warrants.

On September 7, 2021, the Court ordered Mr. Long's release on a personal recognizance bond with certain conditions, including a requirement that he satisfy all outstanding warrants within a period to be specified by Pretrial Services. ECF No. 12 at 4. Mr. Long has misdemeanor warrants pending in Wisconsin. Pretrial Services gave him 90 days to satisfy these warrants.

On November 23, 2021, the Court granted Mr. Long's unopposed motion to extend that deadline by another 90 days, through March 7, 2022. On March 4, 2022, the Court granted Mr. Long an additional 90 days to satisfy the warrants, through June 6, 2022. ECF No. 51. On June 15, 2022, the Court granted Mr.

Long an additional 90 days to satisfy the warrants, through September 5, 2022. ECF No. 74.

    Mr. Long is still in the process of trying to save money so he can retain a Wisconsin attorney to handle these matters for him. Mr. Long is requesting another 90 days, through December 5, 2022, to satisfy his outstanding warrants.[1]

    Counsel has spoken with Pretrial Services who indicated they have no objection to the requested modification.

    Counsel reached out to the government concerning this request. The government does not oppose the requested modification.

    DATED: August 31, 2022.

                                        RENE L. VALLADARES
                                        Federal Public Defender

                             By: */s/ Joanne L. Diamond*
                                        JOANNE L. DIAMOND
                                        Assistant Federal Public Defender
                                        Attorney for Eric Long

---

[1] 90 days from September 5, 2022, is December 4, 2022, a Sunday. Demember 5, 2022, is the next business day.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00229-GMN-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ERIC LONG, | |
| Defendant. | |

IT IS THEREFORE ORDERED that Mr. Long shall have through December 5, 2022, to satisfy his outstanding warrants.

DATED:  September 1, 2022.

_____
UNITED STATES MAGISTRATE JUDGE