JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
K. NICHOLAS PORTZ
Special Assistant United States Attorney
Nevada Bar Number 12473
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Nick.Portz@usdoj.gov
*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00229-GMN-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | **(Second Request)** |
| ERIC LONG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Jason Frierson, United States Attorney, District of Nevada, K. Nicholas Portz, Special Assistant United States Attorney representing the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne Diamond, Esq., representing Defendant Eric Long, that the Sentencing Hearing currently scheduled for October 4, 2022, in the above captioned matter, be vacated and be vacated and continued to a date and time to be set by this Honorable Court but no sooner than twenty-one days (21) days.

This stipulation is entered into for the following reasons:

1.   Counsel for the government previously agreed to a stipulation to continue the

sentencing hearing in order to allow defense counsel time to collect medical records for sentencing. ECF No. 79. The sentencing was reset to October 4, 2022, when counsel for the government will be out of the district on work-related travel.

2. Additionally, counsel for the defendant needs additional time to acquire medical records for sentencing.

3. Defendant is out of custody and does not object to continuing the sentencing hearing.

4. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this __20__th day of September 2022.

JASON M. FRIERSON
United States Attorney


 /s/ K. Nicholas Portz                             /s/ Joanne L. Diamond
K. NICHOLAS PORTZ                          JOANNE L. DIAMOND
Special Assistant United States Attorney   Assistant Federal Public Defender

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00229-GMN-BNW |
| Plaintiff, | |
| vs. | |
| ERIC LONG, | **ORDER** |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for October 4, 2022, be vacated, and continued to October 28, 2022, at 9:00 a.m.

DATED this 21 day of September, 2022.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE

3