JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
K. NICHOLAS PORTZ
Special Assistant United States Attorney
Nevada Bar Number 12473
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Nick.Portz@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00229-GMN-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | **(Third Request)** |
| ERIC LONG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Jason Frierson, United States Attorney, District of Nevada, K. Nicholas Portz, Special Assistant United States Attorney representing the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne Diamond, Esq., representing Defendant Eric Long, that the Sentencing Hearing currently scheduled for November 2, 2022, in the above captioned matter, be vacated and be vacated and continued to a date and time to be set by this Honorable Court within the last week of November.

This stipulation is entered into for the following reasons:

1.  Due to scheduling issues, the sentencing date in this matter was moved from

October 28, 2022, to November 2, 2022.  Counsel for the government will be in trial on that date and is unable to appear.

2. Additionally, counsel for the government and counsel for defendant have reviewed their respective schedules and request that sentencing be moved to the last week of November 2022, if amenable with the Court's schedule.  The parties respectfully request the court avoid November 29, 2022, at 11 a.m., due to a scheduling conflict on that date and time.

3. Defendant is out of custody and does not object to continuing the sentencing hearing.

4. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 17th day of October 2022.

JASON M. FRIERSON
United States Attorney

 /s/ K. Nicholas Portz                                         /s/ Joanne L. Diamond
K. NICHOLAS PORTZ                             JOANNE L. DIAMOND
Special Assistant United States Attorney    Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00229-GMN-BNW |
| Plaintiff, | ) | |
| vs. | ) | |
| ERIC LONG, | ) | **ORDER** |
| Defendant. | ) | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for November 2, 2022, be vacated, and continued to November 30, 2022, at 9:00 a.m. in courtroom 7D before Honorable Judge Gloria M. Navarro.

DATED this  17  day of October, 2022.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE