RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Eric Long

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ERIC LONG,<br><br>            Defendant. | Case No. 2:21-cr-00229-GMN-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and K. Nicholas Portz, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Eric Long, that the Sentencing Hearing currently scheduled on November 30, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1.     The Pre-Sentence Report recommends a four-level enhancement under USSG §2K2.1(b)(6)(B), for using or possessing a firearm in connection with another felony offense. PSR at ¶23. Counsel for the defendant believes Mr. Long

has a valid objection to this enhancement. However, counsel failed to timely raise an objection as required by LCR 32-1(b) and (d).

2. Counsel for the defendant believes she would not be acting as effective counsel for Mr. Long if she does not seek to raise an untimely objection before sentencing.

3. The additional time requested is to enable counsel for the defendant to file an untimely objection to paragraph 23 of the Pre-Sentence Report and allow counsel for the government sufficient time to respond.

4. The parties propose the following schedule:

The defendant's objections will be due by Friday, December 2, 2022.

The government's response will be due by Friday, December 9, 2022.

5. The defendant is out of custody and agrees with the need for the continuance.

6. The parties agree to the continuance.

This is the fourth request for a continuance of the sentencing hearing.

DATED: November 28, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Joanne L. Diamond*<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | */s/ K. Nicholas Portz*<br>By_____<br>K. NICHOLAS PORTZ<br>Special Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC LONG,<br><br>　　　　Defendant. | Case No. 2:21-cr-00229-GMN-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, November 30, 2022 at 9:00 a.m., be vacated and continued to __December 14, 2022__ at the hour of 9;00 a.m.

IT IS FURTHER ORDERED that the defendant's objections to paragraph 23 of the presentence report are due by Friday, December 2, 2022.

IT IS FURTHER ORDERED that the government's response is due by Friday, December 9, 2022.

DATED this __28__ day of __Nov__, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3